## Second Department, December, 1940.
### (December 2, 1940.)

Nanette Gude Bayne, Respondent, v. Jasper Bayne, Appellant.— Motion to resettle order denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

Joseph A. Beaudry and Others, Appellants, v. Massachusetts Bonding and Insurance Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

Joseph Berger, as Administrator, etc., of Samuel Berger, Deceased, Appellant, v. The City of New York, Respondent, and Others, Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 402,] Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

Charles D. Beckwith, Appellant, v. May A. Beckwith, Individually, Respondent, and May A. Beckwith, as Executrix, etc., of Clarence A. Beckwith, Deceased, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

Bessie Divack, Appellant, v. Flatbush Savings Bank, Respondent.— The motion is referred to the court that rendered the decision. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ. Motion to amend decision granted and the decision of this court dated November 4, 1940 [ante, p. 925], is amended to read as follows: Action for specific performance. Order cancelling notice of pendency of action affirmed on the merits, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

A. Joseph Geist, Respondent, v. Henry C. Burnstine, Appellant.— Motion to resettle order denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of Nancy S. Barns, Appellant, against Nelson C. Osborne and Others, Constituting the Board of Appeals of the Village of East Hampton, N. Y., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Martin H. Weisman, Admitted as an Attorney under the Name of Morris Weisman, and M. Michael Glassman, Admitted as an Attorney under the Name of Max Glassman.— Through a corporation controlled by them, respondents engaged in financial transaction in violation of sections 340 and 357 of the Banking Law. Although the business was voluntarily discontinued, respondents proceeded to sue on claims growing out of the business until they were advised by the Attorney-General to refrain. Each of the respondents will be suspended from the practice of the law for a period of one year. The court directs that respondent Martin H. Weisman, admitted as an attorney under the name of Morris Weisman, and respondent M. Michael Glassman, admitted as an attorney under the name of Max Glassman, be suspended from the practice of the law for a period of one year. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.